**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STAES OF AMERICA, Civil No. 00-2591 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

BARBARA TOUSSAINT,

Defendant.

---

Lonnie F. Bryan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for plaintiff.

Barbara Toussaint, 1333 Knox Avenue North, Minneapolis, MN 55411, *Pro se* defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment [Docket No. 5], is referred to the Honorable Susan R. Nelson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiff is directed to contact Beverly Riches, calendar clerk for Magistrate Judge Nelson, to schedule a hearing on the motion.

DATED: Nov 6, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

NOV 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK